**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK JOSEPH YANDERS,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>JOHN SOTO, WARDEN,<br><br>　　　　　Respondent. | CASE NO. ED CV 13-00387 CAS (RZ)<br><br>JUDGMENT |

This matter came before the Court on the Petition of DERRICK JOSEPH YANDERS, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice for failure to prosecute.

DATED: August 2, 2013

*Christina A. Snyder*

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE